

DEVIN DERHAM-BURK, ESQ. #104353
CHAPTER 13 STANDING TRUSTEE
DEVIN L. PACE, ESQ. #256514
NANETTE DUMAS, ESQ. #148261
JANE Z. BOHRER, ESQ. #243692
P.O. BOX 50013
SAN JOSE, CA 95150-0013
TELEPHONE: (408) 354-4413
FACSIMILE: (408) 354-5513

The following constitutes
the order of the court. Signed May 21, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| ADRIANO V. CUNANAN and AURORA FRIAS, Debtors. | CHAPTER 13 CASE NO. 18-50263 MEH<br><br>ORDER GRANTING MOTION TO DISMISS PRE-CONFIRMATION PURSUANT TO 11 U.S.C. § 1307(c)<br><br>Date: May 3, 2018<br>Time: 9:30 a.m.<br>Place: 280 S. First Street, Courtroom 3020<br>        San Jose, CA 95113<br>Judge: The Hon. M. Elaine Hammond |

A hearing on the Motion To Dismiss Pre-Confirmation Pursuant To 11 U.S.C. § 1307(c) (the "Motion") filed by the Standing Chapter 13 Trustee, Devin Derham-Burk (the "Trustee"), was held on May 3, 2018 at 9:30 a.m. Appearances were noted in the record. Based on the record before the Court, the above-captioned debtors (the "Debtors") having failed to meet the court-imposed deadline of May 17, 2018 to file an amended chapter 13 plan, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1) The Motion is granted;

2) This case is dismissed without prejudice;

3) After payment of allowed adequate protection payments, if any, and administrative costs or fees, the Trustee shall return to the Debtors any remaining balance of the Debtors' funds on hand;

4) Notwithstanding the dismissal of the case, the Trustee shall remit to the Clerk of the Court funds from any previously disbursed checks that remain un-cashed;

5) The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court; and

6) Notice of the dismissal shall be served upon all parties by the Clerk of the Court.

**\*\*\* END OF ORDER \*\*\***

## COURT SERVICE LIST

Case Name: In Cunanan

Case No.: 18-50263 MEH

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

**Adriano V Cunanan**
**Aurora Frias**
2843 Burl Court
San Jose, CA 95121